# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| MARLENE REDMOND,<br>Appellant,<br>vs.<br>DIGNITY HEALTH, D/B/A ST. ROSE DOMINICAN HEALTH-SAN MARTIN CAMPUS; AND HERMINIA DIOKNO,<br>Respondents. | No. 76374 |
| MARLENE REDMOND,<br>Appellant,<br>vs.<br>DIGNITY HEALTH, D/B/A ST. ROSE DOMINICAN HEALTH-SAN MARTIN CAMPUS; AND HERMINIA DIOKNO,<br>Respondents. | No. 76376 ✔ |

FILED

JUL 30 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEALS*

These are pro se appeals from an order denying appellant's motion for an evidentiary hearing for an attorney lien and from an order denying appellant's motion to discharge an attorney lien and motion to compel. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals jurisdictional defects. Specifically, the notices of appeal are untimely filed under NRAP 4(a) because it appears that they were filed before the entry of a final written judgment, and are therefore of no effect. *See* NRAP 4(a)(1); *Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987) (explaining that the district court's oral pronouncement from the bench, the clerk's minute order, and even an unfiled written order cannot be appealed).

SUPREME COURT
OF
NEVADA

(O) 1947A

18-29080

Further, it appears that the order designated in the notice of appeal in Docket No. 76374 is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order denying a motion for an evidentiary hearing.

We conclude that we lack jurisdiction, and we

ORDER these appeals DISMISSED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

cc: Hon. Douglas Smith, District Judge
Marlene Redmond
Alverson Taylor Mortensen & Sanders
Eighth District Court Clerk

